**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles MOORE, Defendant–Appellant.**

No. 09–10241.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 26, 2010.

Peter Stuart Levitt, Esquire, Assistant U.S., USLV–Office of The U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Rene Valladares, Esquire, Assistant Federal Public Defender Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Charles Moore appeals from the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Moore contends that the district court erred by failing to reduce his sentence pursuant to Amendment 706 of the United States Sentencing Guidelines. This contention fails because Moore was sentenced as a career offender pursuant to U.S.S.G. § 4B1.1. *See United States v. Wesson,* 583 F.3d 728, 731–32 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.